# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| THOMAS C. WILLIAMS, | : | Case No. 1:22-cv-153 |
| Plaintiff, | : | |
| vs. | : | District Judge Michael R. Barrett |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| WARREN COUNTY, | : | |
| Defendant. | : | |

## AMENDED ORDER

This action is before the Court on Plaintiff's application to proceed *in forma pauperis*. (Doc. 1). The Order docketed on March 29, 2022 (Doc. 2) is hereby vacated.

It appears from Plaintiff's affidavit that Plaintiff lacks the funds to pay the costs or give security for such costs. The Court therefore **GRANTS** the Motion (Doc. 1) and hereby authorizes commencement of this action without prepayment of fees or costs.

The Clerk of Court is directed to hold service of summons pending initial review of the Complaint.

**IT IS SO ORDERED.**

March 28, 2022

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge