# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS C. WILLIAMS, | : | Case No. 1:22-cv-153 |
| Plaintiff, | : | |
| vs. | : | District Judge Michael R. Barrett |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| WARREN COUNTY, | : | |
| Defendant. | : | |

## ORDER

On November 8, 2022, the mail sent to Plaintiff containing Judge Barrett's Order (Doc. #7) was returned as undeliverable.  (Doc. #8).  Plaintiff has since notified the Court of his change in address. (Doc. #9).  Accordingly, the Clerk of Court is **DIRECTED** to mail a copy of Judge Barrett's Order (Doc. #7) to Plaintiff at his new address:  248 Doan Street, Wilmington, OH 45177.

**IT IS SO ORDERED.**


April 14, 2023                     *s/Peter B. Silvain, Jr.*
                                   PETER B. SILVAIN, JR.
                                   UNITED STATES MAGISTRATE JUDGE